IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ASHLEY M. SEMPEK,<br><br>    Plaintiff<br>v.<br><br>I.Q. DATA INTERNATIONAL, INC., et al.<br><br>    Defendants. | Case No. 8:15-cv-00009-JFB-TDT<br><br>**ORDER** |

This matter is before the court on the parties' Stipulation of Dismissal With Prejudice ([Filing No. 27](Filing No. 27)). The court finds that the parties' agreement to dismiss the case should be granted.

**IT IS ORDERED** that the Stipulation of Dismissal With Prejudice ([Filing No. 27](Filing No. 27)) is granted and this case is dismissed with prejudice, each party to bear its own costs.

Dated: November 9, 2015

BY THE COURT:

s/ _Joseph F. Bataillon_____
Joseph F. Bataillon
Senior United States District Judge